UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 10-62351-Civ-Seitz/O'Sullivan

KEVIN G. LEWIS,

    Plaintiff,

v.

LTD FINANCIAL SERVICES, LP,

    Defendant.

_____/

## FINAL ORDER OF DISMISSAL

THIS CAUSE is before the Court upon the parties Stipulation for Joint Dismissal with Prejudice (DE-14). It is hereby

ORDERED THAT

(1) This case is DISMISSED WITH PREJUDICE, with each party to bear its own costs and fees.

(2) All pending motions are DENIED as they are moot.

(3) This case is CLOSED.

DONE AND ORDERED in the Southern District of Florida this 27th day of January, 2011.

                                                  PATRICIA A. SEITZ
                                                  United States District Judge

cc:    Counsel of Record